MEMORANDUM OPINION


 No. 04-02-00838-CR


Juan Antonio SOLIZ,

Appellant


v.


The STATE of Texas,

Appellee


From County Court, Uvalde County, Texas

Trial Court No. 2002-27165

Honorable William R. Mitchell, Judge Presiding


PER CURIAM

 

Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Sandee Bryan Marion, Justice



Delivered and Filed: January 15, 2003


DISMISSED AS MOOT


 On September 5, 2002, appellant filed a notice of appeal complaining of the trial court's
judgment dated September 2, 2002. The clerk's record does not contain a copy of the judgment.
Assuming the trial court imposed sentence on September 2, 2002, appellant's motion for new trial
was due on October 7, 2002. Appellant filed a motion for new trial on October 2, 2002. On
November 21, 2002, the trial court granted appellant's motion for new trial. On December 12,
2002, this court ordered appellant to show cause why this appeal should not be dismissed as moot.

 On January 2, 2003, appellant filed a pro se Motion Relating to Informalities,
Incompleteness and For Inspection. In his motion, appellant complains that the appellate record is
incomplete because, for among other reasons, the record does not contain a copy of the trial court's
judgment. Appellant asks that he be allowed to "inspect" the appellate record for "completeness"
prior to submitting his brief on appeal.

 The trial court clerk has informed this court that a hearing on appellant's motion for new
trial is scheduled for January 7, 2003. Accordingly, this appeal is moot. Appellant's Motion
Relating to Informalities, Incompleteness and For Inspection is therefore DENIED. This appeal is
dismissed as MOOT.

 PER CURIAM 

DO NOT PUBLISH